# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT LINDSEY, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

                Plaintiffs,

-vs-                                **Case No.  6:11-cv-769-Orl-28DAB**

MASSEY SERVICES, INC.,

                Defendant.
_____

## ORDER

This case is before the Court on the Joint Stipulation of Dismissal with Prejudice and Approval of Settlement Agreement (Doc. No. 22) filed October 24, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.  That the Report and Recommendation filed November 9, 2011 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Joint Stipulation of Dismissal with Prejudice and Approval of Settlement Agreement (Doc. No. 22) is **GRANTED** to the extent that the Court finds that the Settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

3.      This case is dismissed with prejudice.

4.      The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___30th___ day of

November, 2011.


Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge